```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                   :
UNITED STATES OF AMERICA           :
                                   :
            -v-                    :    ORDER
                                   :
MICHAEL VALDEZ,                    :    19 Cr. 883 (JPO)
   a/k/a "Bigga," and              :
RYAN DIAZ,                         :
   a/k/a "Rico,"                   :
                    Defendants.    :
- - - - - - - - - - - - - - - - - -X
```

Upon the application of the Government, by and through Assistant United States Attorney David J. Robles, and with the consent of MICHAEL VALDEZ a/k/a "Bigga" and RYAN DIAZ a/k/a "Rico," by and through their counsel, it is hereby ORDERED that the pre-trial conference in this case is continued from June 17, 2020 to August 19, 2020 at 11:00 A.M.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the defendants and their counsel to review the discovery material and determine whether the defendants wish to make motions.

Accordingly, it is further ORDERED that the time between June 17, 2020 and August 19, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. ' 3161(h)(7)(A), in the

interests of justice.

Dated:  New York, New York
        June 5, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　United States District Judge