**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 9, 2021

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: **United States v. Michael Valdez,
           19 Cr. 883 (JPO)**

Dear Judge Oetken:

      Mr. Valdez requests that undersigned counsel be relieved and that substitute counsel be appointed to represent him. Mr. Valdez and I agree that our attorney-client relationship has broken down irreparably and that I cannot continue to provide him effective representation in this matter. The appointment of substitute counsel is necessary to protect his Sixth Amendment right to the effective assistance of counsel as he faces important decisions about how to proceed in this case.

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

> Granted. Substitute counsel shall be appointed from the CJA panel.
> So ordered. 8/10/2021

*J. PAUL OETKEN*
United States District Judge