# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 16, 2023

**BY ECF & EMAIL**
The Honorable J. Paul Oetken
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Valdez, et al.*
      **19 Cr. 883 (JPO)**

Dear Judge Oetken:

I represent Michael Valdez in the above-referenced matter. Mr. Valdez is currently scheduled to be sentenced on March 6, 2023. The purpose of this letter is to respectfully request a two-week adjournment of the sentencing. I met with Mr. Valdez today to finalize the sentencing memo and he informed counsel that he had not yet received or reviewed the second day of trial minutes. I had previously mailed Mr. Valdez two sets of the trial minutes. He has received the first set but not the second. A second copy was sent but also not received by Mr. Valdez. An adjournment of two-weeks will provide sufficient time for counsel to review the minutes with Mr. Valdez prior to submitting the sentencing memorandum. I spoke with the Government and they agreed to forward the July 28 minutes to Mr. Valdez. This is the fourth request for an adjournment of the sentencing and the Government consents to this request. The first three requests were granted. Counsel and the Government have conferred and both parties are available on March 24, 2023. Accordingly, it is respectfully requested that the Court adjourn the sentencing to March 24, 2023, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

> Granted. Sentencing is adjourned to Friday, March 24, 2023, at 12:30 pm. Defendant's submission shall be filed by March 10 and the government's submission shall be filed by March 17.
> So ordered:
> 2/17/2023

_____
J. PAUL OETKEN
United States District Judge